UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH MICHAEL ALLEN,

        Plaintiff,

v.

BRITTANY WEST, *et al.*,

        Defendants.

Case No. C19-1507-TSZ

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, docket no. 8, to which no objections were filed, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is ADOPTED.

(2) Plaintiff's complaint (docket no. 6) and this action are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

(3) This dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g).

(4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 31st day of January, 2020.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1